IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC T. GREEN,            )<br>                                      )<br>            Petitioner,       )<br>                                      )<br>      vs.                         )<br>                                      )<br>MIKE KNOWLES, Warden, )<br>                                      )<br>            Respondent.    )<br>_____ ) | No. C 02-5455 CRB (PR)<br><br>ORDER<br><br>(Doc # 21) |

      Petitioner's motion (doc # 21) for relief from judgment under Federal Rule of Civil Procedure 60(b) is denied without prejudice for failure to comply with Federal Rule of Civil Procedure 5.

      The court will not consider any written motion (other than one which may be heard ex parte) unless petitioner serves a copy of the motion on respondent, Fed. R. Civ. P. 5(a), and files with the court the motion and a certificate of service showing that a copy of the motion was served on respondent, Fed. R. Civ. P. 5(d).

SO ORDERED.

DATED:  Jan. 23, 2006

                                                 CHARLES R. BREYER<br>
                                                 United States District Judge