IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC T. GREEN,  )<br>  )<br>    Petitioner,  )<br>  )<br>vs.  )<br>  )<br>MIKE KNOWLES, Warden,  )<br>  )<br>    Respondent.  )<br>_____ ) | No. C 02-5455 CRB (PR)<br><br>ORDER |

Petitioner has filed a motion to vacate judgment and reopen this habeas matter pursuant to Federal Rule of Civil Procedure 60(b).

Respondent shall file an opposition, or notice of non-opposition, within 30 days of this order, and petitioner may file a reply within 30 days thereafter.

SO ORDERED.

DATED: March 16, 2006

CHARLES R. BREYER
United States District Judge