IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC T. GREEN,                )<br>                                                      )<br>           Petitioner,               )<br>                                                      )<br>     vs.                                       )<br>                                                      )<br>MIKE KNOWLES, Warden,     )<br>                                                      )<br>           Respondent.             )<br>_____ ) | No. C 02-5455 CRB (PR)<br><br>ORDER |

      Per order filed on March 22, 2007, the court denied petitioner's motion to vacate judgment under Federal Rule of Civil Procedure 60(b). Petitioner seeks reconsideration of that order by setting forth additional facts.

      In the interest of justice, the clerk is instructed to reopen the file and respondent is instructed to file a response to petitioner's motion for reconsideration by no later than May 25, 2007.

SO ORDERED.

DATED: April 25, 2007

CHARLES R. BREYER
United States District Judge