IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC T. GREEN,<br><br>    Petitioner,<br><br>vs.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent. | No. C 02-5455 CRB (PR)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

On March 22, 2007, the court denied petitioner's motion to vacate judgment and reopen his federal habeas petition. The petition had been dismissed as untimely back on October 22, 2003.

On April 24, 2007, petitioner filed a motion for reconsideration of the March 22, 2007 order. The court ordered respondent to file a reply and, after he did so, denied the motion on June 6, 2007.

On June 29, 2007, petitioner filed a notice of appeal which the court also construes as a request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

A certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "jurists of reason would find it

1  debatable whether the petition states a valid claim of the denial of a constitutional
2  right and that jurists of reason would find it debatable whether the district court
3  was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484
4  (2000).
5        The clerk shall forward to the court of appeals the case file with this order.
6  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

8  SO ORDERED.
9  DATED:  08/16/07

                CHARLES R. BREYER
                United States District Judge

G:\PRO-SE\CRB\HC.02\Green2.or11.wpd

2