IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC T. GREEN,<br>           Petitioner,<br>vs.<br>MIKE KNOWLES, Warden,<br>           Respondent. | No. C 02-5455 CRB (PR)<br><br>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Doc # 47) |

Good cause shown, petitioner's request (doc # 47) for leave to proceed in forma pauperis on appeal is GRANTED.

SO ORDERED.

DATED: May 28, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.02\Green2.or12.wpd